UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Jose Polo

                                                      Plaintiffs,    Index No.: 07cv01686 (AKH)

          -   against   -                                 NOTICE OF THE NOMURA
NOMURA HOLDING AMERICA INC. and        PARTIES' ADOPTION OF
NOMURA SECURITIES INTERNATIONAL, INC.  ANSWER TO MASTER
                                                      COMPLAINT
et al. (see Defendants' List)                          _____

                                                Defendants.   1:21-MC-00102

------------------------------------------------------------------x


**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorneys for Nomura Holding America INC. and Nomura Securities International, Inc., in this action.


Dated: November 1, 2007
       New York, New York

                                                    Yours, etc.

                                                    STRONGIN ROTHMAN & ABRAMS, LLP

                                                   s/ Dror M. Bikel

                                                 _____
                                                 Dror M. Bikel, ESQ.
                                                 Attorneys for Defendant
                                                 NOMURA HOLDING AMERICA, INC.
                                                 50 Broadway, Suite 2003
                                                 New York, NY 10004
                                                 (212) 931-8300

TO:

SEE ATTACHED SERVICE LIST

## **SERVICE LIST**

Worby Groner Edelman & Napoli Bern , LLP
*Attorneys for the*: Plaintiff(s)
*Office and Post Office Address and Telephone*
115 Broadway, Twelfth Floor
New York, NY 10006
(212) 267-3700

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C
233 Broadway, 5th Floor
New York, NY 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, NY 10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com